**DISMISSED and Opinion Filed August 30, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00579-CV**
**No. 05-21-00580-CV**
**No. 05-21-00581-CV**
**No. 05-21-00582-CV**

**IN RE DRALON DURAN PATTERSON, Relator**

**Original Proceedings from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-75183-PL,**
**F19-75218-PL, F19-25779-QL & F19-40572-PL**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Smith
Opinion by Justice Molberg

Dralon Duran Patterson has filed an original petition for writ of habeas corpus contending he has been denied a speedy trial, denied due process of law, subjected to excessive bail, not timely charged, denied the presumption of innocence, and exposed to covid-19 in jail. He requests the Court issue a writ of habeas corpus ordering the trial court to dismiss all pending charges and release him for violating his constitutional rights.

We do not have jurisdiction to consider an original petition for writ of habeas corpus arising from a criminal proceeding. *See* TEX. CODE CRIM. PROC. ANN. art.

11.05 (granting power to issue writs of habeas corpus to court of criminal appeals, district courts, county courts, and judges of said courts); TEX. GOV'T CODE ANN. § 22.221(d) (empowering courts of appeals to issue writs of habeas corpus in civil matters only); *In re Ayers*, 515 S.W.3d 356, 356–57 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding) (per curiam); *In re Shaw*, 175 S.W.3d 901, 903 (Tex. App.—Texarkana 2005, orig. proceeding); *see also In re Farrow*, No. 03-16-00354-CV, 2016 WL 3391551, at *1 (Tex. App.—Austin June 15, 2016, orig. proceeding) (mem. op.) (dismissing for want of jurisdiction pretrial petition for writ of habeas corpus complaining of excessively long pretrial detention without indictment).

Accordingly, we dismiss the petition for want of jurisdiction.

/Ken Molberg//

210579f.p05
210580f.p05
210581f.p05
210582f.p05

KEN MOLBERG
JUSTICE